IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In RE: | ROSE MERLE SMITH | § | Case Number: | 24-13781-AMC-13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

   PLEASE TAKE NOTICE THAT Capital One Auto Finance, a division of Capital One, N.A. hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:
   (i)          all notices given or required to be given in the case; and
   (ii)         all pleadings and correspondence served or required to be served in this case,
regarding Capital One Auto Finance, a division of Capital One, N.A. should be directed to AIS Portfolio Services, LLC
at the following mailing address effective immediately:

   Attn:  Capital One Auto Finance, a division of Capital One, N.A. Department
   AIS Portfolio Services, LLC
   Account:  XXXXXXXXX4241
   4515 N Santa Fe Ave. Dept. APS
   Oklahoma City, OK 73118

   This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the
Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions,
Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court
in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone,
telecopier, telex, or otherwise which affects or seeks to affect the above case.

                                        Respectfully submitted,

                                        /s/ Amitkumar Sharma____
                                        Amitkumar Sharma
                                        Claims Processor
                                        Bankruptcy Servicer for Capital One Auto Finance, a division of
                                        Capital One, N.A.
                                        AIS Portfolio Services, LLC
                                        4515 N Santa Fe Ave. Dept. APS
                                        Oklahoma City, OK 73118
                                        (800)946-0332, Fax (817) 461-8070
                                        ECFNotices@aisinfo.com
                                        File # 1676959