**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 24-13781-AMC |
| | ) | |
| Rose Merle Smith, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | CHAPTER 13 |

**OBJECTION OF CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE, N.A.
TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN**

Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), by and through its attorneys, Lavin, Cedrone, Graver, Boyd & DiSipio, files **Objection to Confirmation of Debtor's Proposed Plan** and states:

1. On July 23, 2021, Debtor Rose Merle Smith, entered into a Retail Installment Contract with COAF in the principal amount of $47,337.39 (the "Contract") that referred and related to the purchase of a 2019 BMW X3 Utility 4D 30i AWD 2.0L I, V.I.N. 5UXTR9C52KLR08366 (the "Motor Vehicle").

2. To secure the Contract, Debtor Rose Merle Smith granted a first lien on the Motor Vehicle in favor of COAF.

3. On October 23, 2024, Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

4. On October 23, 2024, Debtor filed a Proposed Plan (the "Plan").

5. The Chapter 13 Trustee has scheduled a Meeting of Creditors for December 13, 2024.

6. The plan lists the amount of the claim at $19,370.00 at 10.00% interest.

7. As of the October 23, 2024, the balance on Capital One Auto Finance, a division of Capital One, N.A. Total claim was $37,572.97.

8. The fair market value for the Motor Vehicle is $21,225.00. See attached Exhibit C.

9. COAF is entitled to a secured claim of $21,225.00 over the life of the plan.

10. For the foregoing reasons, COAF objects to confirmation of the Plan.

WHEREFORE **Capital One Auto Finance, a division of Capital One, N.A.**, respectfully requests this Honorable Court to deny confirmation of the Plan.

                Respectfully submitted,

                Lavin, Cedrone, Graver, Boyd & DiSipio

BY: */s/* Regina Cohen
     Regina Cohen
     State Bar #57272
     Suite 500 190 North Independence Mall West
     6th & Race Streets
     Philadelphia, PA 19106
     (215) 351-7551
     Attorney for
     Capital One Auto Finance,
     a division of Capital One, N.A.

Dated: November 25, 2024