**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 24-13781-AMC |
| | ) | |
| Rose Merle Smith, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | CHAPTER 13 |

**ORDER OF COURT**

AND NOW, this ___ day of _____, 20__, upon consideration of the Objection by Capital One Auto Finance, a division of Capital One, N.A., confirmation of the Proposed Plan is denied by the Court.

BY THE COURT:

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE