ELITE HOME HEALTH CARE INC
100 West Ave Suite 910
Jenkintown PA 19046

0940 1413-8155
ORG1:2 HH
EE ID: ▮▮▮▮    DD

ROSE M SMITH
8945 LEONARD ST
PHILADELPHIA PA 19152

NON-NEGOTIABLE

NON-NEGOTIABLE

WILMINGTON SAVINGS FUND SOCIETY, FSB
PAYABLE IF DESIRED AT:
ALL WILMINGTON SAVINGS FUND SOCIETY, FSB BANKS

Payrolls by Paychex, Inc.

---

**PERSONAL AND CHECK INFORMATION**
Rose M Smith
8945 Leonard St
Philadelphia, PA 19152
Employee ID: 274060

Home Department: 2 HHA

Pay Period: 10/07/24 to 10/13/24
Check Date: 10/18/24    Check #: 124136

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 388 | 243.89 | 2727.99 |
| NET PAY | 243.89 | 2727.99 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | HHA PAS | 16.0000 | 14.7500 | 236.00 | 208.7500 | 3079.07 |
| | Bonus | | | 50.00 | | 200.00 |
| | Total Hours | 16.0000 | | | 208.7500 | |
| | Total Hrs Worked | 16.0000 | | | | |
| | Gross Earnings | | | 286.00 | | 3279.07 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.73 | 203.30 |
| Medicare | | 4.15 | 47.55 |
| Fed Income Tax | SMS | 0.52 | 52.24 |
| PA Income Tax | | 8.78 | 100.70 |
| PA Unemploy | | 0.20 | 2.32 |
| PA PHILA-Phi Inc | | 10.73 | 122.97 |
| TOTAL | | 42.11 | 529.08 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Deduction | | 22.00 |
| TOTAL | | 22.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 243.89 | 2727.99 |

Payrolls by Paychex, Inc.
0940 1413-8155  Elite Home Health Care Inc • 100 West Ave Suite 910 • Jenkintown PA 19046 • (215) 245-2131

ELITE HOME
100 West Ave Suite 910
Jenkintown PA 19046

ROSE M SMITH
8945 LEONARD ST
PHILADELPHIA PA 19152

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOT...  WILMINGTON SAVINGS FUND SOCIETY, FSB
PAYABLE IF DESIRED AT
ALL WILMINGTON SAVINGS FUND SOCIETY, FSB BANKS

## PERSONAL AND CHECK INFORMATION

Rose M Smith
8945 Leonard St
Philadelphia, PA 19152
Employee ID: 274060

Home Department: 2 HHA

Pay Period: 09/30/24 to 10/06/24
Check Date: 10/11/24     Check #: 123583

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 388 | 201.68 | 2484.10 |
| NET PAY | 201.68 | 2484.10 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | HHA PAS | 16.0000 | 14.7500 | 236.00 | 192.7500 | 2843.07 |
| | Bonus | | | | | 150.00 |
| | Total Hours | 16.0000 | | | 192.7500 | |
| | Total Hrs Worked | 16.0000 | | | | |
| | Gross Earnings | | | 236.00 | | 2993.07 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 14.63 | 185.57 |
| Medicare | | 3.42 | 43.40 |
| Fed Income Tax | SMS | | 51.72 |
| PA Income Tax | | 7.25 | 91.92 |
| PA Unemploy | | 0.17 | 2.12 |
| PA PHILA-Phi Inc | | 8.85 | 112.24 |
| TOTAL | | 34.32 | 486.97 |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Deduction | | 22.00 |
| TOTAL | | 22.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 201.68 | 2484.10 |

Payrolls by Paychex, Inc.
0940 1413-8155 Elite Home Health Care Inc • 100 West Ave Suite 910 • Jenkintown PA 19046 • (215) 245-2131

ELITE HOME HEALTH CARE
100 West Ave Suite 910
Jenkintown PA 19046

ORG: 2 HHA
EE ID: [redacted]

ROSE M SMITH
8945 LEONARD ST
PHILADELPHIA PA 19152

**NON-NEGOTIABLE**

Payrolls by Paychex Inc

**NON-NEGOTIABLE**

WILMINGTON SAVINGS FUND SOCIETY, FSB
PAYABLE IF DESIRED AT
ALL WILMINGTON SAVINGS FUND SOCIETY, FSB BANKS

**PERSONAL AND CHECK INFORMATION**
Rose M Smith
8945 Leonard St
Philadelphia, PA 19152
Employee ID: 274060

Home Department: 2 HHA

Pay Period: 09/23/24 to 09/29/24
Check Date: 10/04/24    Check #: 123047

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 388 | 201.68 | 2282.42 |
| NET PAY | 201.68 | 2282.42 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | HHA PAS | 16.0000 | 14.7500 | 236.00 | 176.7500 | 2607.07 |
| | Bonus | | | | | 150.00 |
| | Total Hours | 16.0000 | | | 176.7500 | |
| | Total Hrs Worked | 16.0000 | | | | |
| | Gross Earnings | | | 236.00 | | 2757.07 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 14.63 | 170.94 |
| Medicare | | 3.42 | 39.98 |
| Fed Income Tax | SMS | | 51.72 |
| PA Income Tax | | 7.25 | 84.67 |
| PA Unemploy | | 0.17 | 1.95 |
| PA PHILA-Phi Inc | | 8.85 | 103.39 |
| TOTAL | | 34.32 | 452.65 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Deduction | | 22.00 |
| TOTAL | | 22.00 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 201.68 | 2282.42 |

Payrolls by Paychex, Inc.
0840 1413-8155 Elite Home Health Care Inc • 100 West Ave Suite 910 • Jenkintown PA 19046 • (215) 245-2131

ELITE HOME HEALTH CARE INC
100 West Ave Suite 910
Jenkintown PA 19046

ORG1 2 HHA
EE ID: ███ 00

ROSE M SMITH
8945 LEONARD ST
PHILADELPHIA PA 19152

**NON-NEGOTIABLE**

Payrolls by Paychex Inc

**NON-NEGOTIABLE**

WILMINGTON SAVINGS FUND SOCIETY, FSB
PAYABLE IF DESIRED AT
ALL WILMINGTON SAVINGS FUND SOCIETY, FSB BANKS

### PERSONAL AND CHECK INFORMATION
Rose M Smith
8945 Leonard St
Philadelphia, PA 19152
Employee ID: 274060

Home Department: 2 HHA

Pay Period: 09/16/24 to 09/22/24
Check Date: 09/27/24    Check #: 122502

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 388 | 339.72 | 2080.74 |
| NET PAY | 339.72 | 2080.74 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | HHA PAS | 28.0000 | 14.7500 | 413.00 | 160.7500 | 2371.07 |
| | Bonus | | | | | 150.00 |
| | Total Hours | 28.0000 | | | 160.7500 | |
| | Total Hrs Worked | 28.0000 | | | | |
| | Gross Earnings | | | 413.00 | | 2521.07 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.61 | 156.31 |
| Medicare | | 5.99 | 36.56 |
| Fed Income Tax | SMS | 13.22 | 51.72 |
| PA Income Tax | | 12.68 | 77.42 |
| PA Unemploy | | 0.29 | 1.78 |
| PA PHILA-Phi Inc | | 15.49 | 94.54 |
| TOTAL | | 73.28 | 418.33 |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Deduction | | 22.00 |
| TOTAL | | 22.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 339.72 | 2080.74 |

Payrolls by Paychex, Inc.
0940 1413-8155 Elite Home Health Care Inc • 100 West Ave Suite 910 • Jenkintown PA 19046 • (215) 245-2131

ELITE HOME HEALTH CARE INC
100 West Ave Suite 910
Jenkintown PA 19046

ORG1 2 HHA
EE ID: ████  DD

**NON-NEGOTIABLE**

Payrolls by Paychex, Inc.

ROSE M SMITH
8945 LEONARD ST
PHILADELPHIA PA 19152

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Rose M Smith
8945 Leonard St
Philadelphia, PA 19152
Employee ID: 274060

Home Department: 2 HHA

Pay Period: 09/02/24 to 09/08/24
Check Date: 09/13/24    Check #: 121412

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 388 | 366.33 | 1539.34 |
| **NET PAY** | **366.33** | **1539.34** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | HHA PAS | 27.0000 | 14.7500 | 398.25 | 116.7500 | 1722.07 |
| | Bonus | | | 50.00 | | 150.00 |
| | Total Hours | 27.0000 | | | 116.7500 | |
| | Total Hrs Worked | 27.0000 | | | | |
| | Gross Earnings | | | 448.25 | | 1872.07 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 27.79 | 116.07 |
| Medicare | | 6.50 | 27.15 |
| Fed Income Tax | SMS | 16.75 | 38.50 |
| PA Income Tax | | 13.76 | 57.49 |
| PA Unemploy | | 0.31 | 1.32 |
| PA PHILA-Phi Inc | | 16.81 | 70.20 |
| **TOTAL** | | **81.92** | **310.73** |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Deduction | | 22.00 |
| **TOTAL** | | **22.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 366.33 | 1539.34 |

Payrolls by Paychex, Inc.
0940 1413-8155 Elite Home Health Care Inc • 100 West Ave Suite 910 • Jenkintown PA 19046 • (215) 245-2131

ELITE HOME HEALTH CARE INC
100 West Ave Suite 910
Jenkintown PA 19046

1413-8155
ORGT: 2 HHA
EE ID:

ROSE M SMITH
8945 LEONARD ST
PHILADELPHIA PA 19152

**NON-NEGOTIABLE**

Payrolls by Paychex, Inc.

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION

Rose M Smith
8945 Leonard St
Philadelphia, PA 19152
Employee ID: 274060

Home Department: 2 HHA

Pay Period: 08/26/24 to 09/01/24
Check Date: 09/06/24    Check #: 120869

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 388 | 201.66 | 1173.01 |
| **NET PAY** | **201.66** | **1173.01** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | HHA PAS | 16.0000 | 14.7500 | 236.00 | 89.7500 | 1323.82 |
| | Bonus | | | | | 100.00 |
| | Total Hours | 16.0000 | | | 89.7500 | |
| | Total Hrs Worked | 16.0000 | | | | |
| | Gross Earnings | | | 236.00 | | 1423.82 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 14.64 | 88.28 |
| Medicare | | 3.43 | 20.65 |
| Fed Income Tax | SMS | | 21.75 |
| PA Income Tax | | 7.25 | 43.73 |
| PA Unemploy | | 0.17 | 1.01 |
| PA PHILA-Phi Inc | | 8.85 | 53.39 |
| **TOTAL** | | **34.34** | **228.81** |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Deduction | | 22.00 |
| **TOTAL** | | **22.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 201.66 | 1173.01 |

Payrolls by Paychex, Inc.
0940 1413-8155  Elite Home Health Care Inc • 100 West Ave Suite 910 • Jenkintown PA 19046 • (215) 245-2131