# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 24-13781 |
| ROSE MERLE SMITH § | |
| DEBTOR § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | PHH Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826**

Phone: **(800) 365-7107**
Last Four Digits of Acct #: **xxxxxx3697**

Court Claim # (if known): 11-1
Amount of Claim: $153,171.00
Date Claim Filed: 12/27/2024

Phone:
Last Four Digits of Acct.# xxxxxx**7290**

Name and Address where transferee payments should be sent (if different from above):

**NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826**

Phone: (800) 365-7107
Last Four Digits of Acct #: **xxxxxx3697**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka                                    Date:                    3/27/2025
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before April 7, 2025 via U.S Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**         *Via U.S. Mail*
Rose Merle Smith
8945 Leonard St
Philadelphia, PA 19152-1316

                                 Respectfully Submitted,

                                 /s/ Paul W. Cervenka
                                 Paul W. Cervenka