# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) CASE NO.: 24-13781-AMC |
| ROSE MERLE SMITH | ) |
| Debtor | ) |
| | ) CHAPTER 13 |

### STIPULATION RESOLVING OBJECTION OF CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

Capital One Auto Finance, a division of Capital One, N.A. (the "Creditor"), who is the current holder of a Retail Installment Sale Contract which is secured by a 2019 BMW X3 Utility 4D 30i AWD 2.0L I, VIN: 5UXTR9C52KLR08366 and Debtor, by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Debtor's Proposed Plan.

**IT IS THEREFORE STIPUALTED THAT:**

**Debtor is to amend plan:** Within 30 days of entry of this Order, the Debtor must file a proposed modification of the debtor's plan to provide for payment of Creditor's claim in the amount of $20,780.00 at 10% interest for a total of $26,490.82 though the Chapter 13 plan.

**IT IS THEREFORE STIPULATED** that Capital One Auto Finance, a division of Capital One, N.A. will be paid $20,780.00 at 10% interest for a total of $26,490.82, through the Chapter 13 plan: and

**IT IS FURTHER STIPULATED** that Capital One Auto Finance, a division of Capital One,

N.A. withdraws the Objection to Confirmation of Debtor's Proposed Plan.

The signature pages of this Stipulation may be executed in counterpart and all such signature pages, when attached, shall become part of the original Stipulation.

CONSENTED TO BY:

DATED:  **05/13/2025**                                       **/s/ Michael A. Cibik**
                                                                              MICHAEL A. CIBIK
                                                                              Attorney for the Debtor

CONSENTED TO BY:

DATED:  5/13/2025                                            *Regina Cohen*
                                                                              REGINA COHEN
                                                                              Attorney for Capital One Auto Finance, a
                                                                              division of Capital One, N.A.

CONSENTED TO BY:

DATED:  5/14/2025                                            /s/ Jack K. Miller, Esquire   for
                                                                              KENNETH E. WEST
                                                                              Chapter 13 Trustee

I have no objection to its terms, without prejudice to any of our rights and remedies

2