# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| ROSE MERLE SMITH | CASE NO.: 24-13781-AMC |
| Debtor | STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.  Movant | |
| vs | |
| ROSE MERLE SMITH | |
| Respondent | |
| and | |
| KENNETH E. WEST  Trustee | |

### ORDER APPROVING STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay is approved.

By the Court,

_____
Ashely M. Chan
United States Bankruptcy Judge

Dated: