**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                            Case No. 24-13781-amc
                                                         Chapter 13

Rose Merle Smith

Debtor(s).

## NOTICE OF APPEARANCE

**Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                                               By:    /s/ Steven K. Eisenberg
                                                                                 Steven K. Eisenberg, Esquire
                                                                                 Bar No: 75736
                                                                                 Stern & Eisenberg, PC
                                                                                 1581 Main Street, Ste. 200
                                                                                 The Shops at Valley Square
                                                                                  Warrington, PA 18976
                                                                                  Phone: 215-572-8111
                                                                                 Fax: 215-572-5025
                                                                                 seisenberg@sterneisenberg.com
                                                                                 Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 21st day of May, 2025, to the following:

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
ecf@ccpclaw.com
***Attorney for Debtor(s)***

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***

United S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Rose Merle Smith
8945 Leonard St.
Philadelphia, PA 19152

***Debtor(s)***

                                                    By:      /s/ Steven K. Eisenberg
                                                                Steven K. Eisenberg, Esquire