IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROSE MERLE SMITH<br>　　　　　　　　　　　　Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>CAPITAL ONE AUTO FINANCE,<br>A DIVISION OF CAPITAL ONE,<br>N.A.　　　　　　　　　　Movant<br>　　　　vs<br>ROSE MERLE SMITH<br>　　　　　　　　　　Respondent<br>　　　and<br>KENNETH E. WEST<br>　　　　　　　　　　　Trustee | CHAPTER 13<br><br>CASE NO.: 24-13781-AMC<br><br>STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY |

**ORDER APPROVING STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.
MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay is approved.

By the Court, _____
Ashely M. Chan
United States Bankruptcy Judge

Dated: May 22, 2025