United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-13781-amc

Rose Merle Smith     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 23, 2025     Form ID: pdf900     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rose Merle Smith, 8945 Leonard St, Philadelphia, PA 19152-1316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 24 2025 00:40:43 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: mtgbk@shellpointmtg.com | May 24 2025 00:35:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | + Email/Text: BKEBN-Notifications@ocwen.com | May 24 2025 00:35:00 | Deutsche Bank National Trust Company, as Trustee f, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Back andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rose Merle Smith help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| STEVEN K. EISENBERG | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Back seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROSE MERLE SMITH<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 24-13781-AMC<br><br>STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.          Movant<br><br>vs<br><br>ROSE MERLE SMITH<br>                     Respondent<br>and<br><br>KENNETH E. WEST<br>                     Trustee | |

**ORDER APPROVING STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.
MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay is approved.

By the Court,

_____
Ashely M. Chan
United States Bankruptcy Judge

Dated: May 22, 2025