## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: | |
| ROSE MERLE SMITH | Chapter 13 |
| Debtor(s) | |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5 | Case Number: 24-13781-amc |
| Movant | |
| v. | |
| ROSE MERLE SMITH | |
| Debtor(s) | |
| KENNETH E. WEST | |
| Trustee | |
| Respondent(s) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Rose Merle Smith
8945 Leonard St.
Philadelphia, PA 19152
*Debtor(s)*

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
ecf@ccpclaw.com
*Attorney for Debtor*

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

Stern & Eisenberg, PC
*By: /s/ Daniel P. Jones*
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: June 13, 2025