**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Rose Merle Smith,<br><br>*Debtor.* | Chapter 13<br>Case No. 24-13781-AMC |

**Certificate of Service**

  I, Michael A. Cibik, certify that on September 9, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

  I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: September 9, 2025

                      /s/ Michael A. Cibik
                      Michael A. Cibik (#23110)
                      Cibik Law, P.C.
                      1500 Walnut Street, Suite 900
                      Philadelphia, PA 19102
                      215-735-1060
                      mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Deutsche Bank National Trust Company**
c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826
Method of Service: CM/ECF

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Philadelphia Gas Works**
ATTN: Bankruptcy Dept. 3FL
800 W Montgomery Ave.
Philadelphia, PA 19122
Method of Service: First Class Mail

**Capital One Auto Finance**
AIS Portfolio Services, LLC
Account: XXXXXXXXX4241
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Method of Service: First Class Mail

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595
Method of Service: First Class Mail