**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>    ROSE MERLE SMITH<br>    Debtor(s)<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5<br>    Movant<br>v.<br>ROSE MERLE SMITH<br>    Debtor(s)<br><br>KENNETH E. WEST<br>    Trustee<br>    Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 24-13781-amc<br><br>Judge: CHAN, ASHELY M. |

**ORDER APPROVING STIPULATION**

    AND NOW, upon consideration of the Stipulation between Debtor and Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: Sept. 16, 2025

_____
UNITED STATES BANKRUPTCY JUDGE