United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-13781-amc
Rose Merle Smith  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Oct 16, 2025  Form ID: 155  Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rose Merle Smith, 8945 Leonard St, Philadelphia, PA 19152-1316 |
| 14938707 | + | Chamberlain University, PO Box 4262, Scranton, PA 18505-6262 |
| 14941697 | + | Deutsche Bank National Trust Company, as Trustee f, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15010895 | + | Deutsche Bank National Trustee Company, C/O Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14938719 | + | NYS Thruway, PO Box 500, Horseheads, NY 14845-0500 |
| 14938721 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14938726 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14938728 | + | Port Authority / Alliance One, 451 SW Sedgwick Rd Ste 220, Port Orchard, WA 98367-6447 |
| 14938737 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14938741 | + | Yonkers Parking Violation Bureau, 87 Nepperhan Avenue, Yonkers, NY 10701-3892 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14938703 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 17 2025 00:56:17 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14938704 | + | Email/Text: bsimmons@amsher.com | Oct 17 2025 00:45:00 | AmSher Collection Services, 4524 Southlake Parkway Suite 15, Birmingham, AL 35244-3271 |
| 14938709 | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14938711 | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia Law Department, Tax & Revenue MSB Unit Bankruptcy Group, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14994640 | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 JFK Blvd., 5th Fl., Philadelphia, PA 19102 |
| 14982149 | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14938713 | | Email/Text: cfcbackoffice@contfinco.com | Oct 17 2025 00:45:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808-2952 |
| 14938705 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 00:56:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14938706 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 17 2025 00:56:28 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14939972 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 00:56:41 | Capital One Auto Finance, a division of, AIS |

Case 24-13781-amc  Doc 44  Filed 10/18/25  Entered 10/19/25 00:40:04  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 155 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14946758 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 00:56:16 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14938708 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2025 00:56:35 | Chase Auto Finance, Attn: Bankruptcy 700 Kansas Lane LA, Monroe, LA 71203-4774 |
| 14938710 | | Email/Text: bankruptcy@philapark.org | Oct 17 2025 00:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14938712 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 00:45:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14938714 | ^ | MEBN | Oct 17 2025 00:39:28 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14941015 | + | Email/Text: EBN@brockandscott.com | Oct 17 2025 00:45:00 | Deutsche Bank National Trust Company ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14938715 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2025 00:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14963552 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2025 00:45:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14943433 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14938716 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:17 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14938717 | ^ | MEBN | Oct 17 2025 00:39:33 | MTA Bridges and Tunnel, EZ Pass Violations and Inquiries, PO Box 15186, Albany, NY 12212-5186 |
| 14938718 | | Email/Text: USCOURTSEBN@finance.nyc.gov | Oct 17 2025 00:45:00 | NYC Department of Finance, 1 Centre St Fl 22, New York, NY 10007-1632 |
| 14971409 | | Email/Text: bankruptcy@thruway.ny.gov | Oct 17 2025 00:45:00 | NYS Thruway Authority, 200 Southern Blvd, PO Box 189, Albany, NY 12201 |
| 15004320 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 17 2025 00:45:00 | NewRez LLC, C/O Eric Smith, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 14995215 | | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2025 00:45:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 14938720 | + | Email/PDF: cbp@omf.com | Oct 17 2025 00:56:17 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14938725 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 17 2025 00:45:00 | PHH Mortgage Corp., Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14941016 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 17 2025 00:45:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14938729 | | Email/Text: Correspondence@DuncanSolutions.com | Oct 17 2025 00:45:00 | Professional Account Management, PO Box 500, Horseheads, NY 14845 |
| 14938722 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14940377 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 14938723 | | ^ MEBN | Oct 17 2025 00:39:32 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14938724 | + | Email/Text: srashkin@pafcu.org | Oct 17 2025 00:45:00 | People's Alliance FCU, Attn: Bankruptcy 125 Wireless Blvd, Hauppauge, NY 11788-3961 |
| 14943965 | | ^ MEBN | Oct 17 2025 00:39:23 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14938727 | | Email/Text: bankruptcy@philapark.org | Oct 17 2025 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14938730 | | ^ MEBN | Oct 17 2025 00:39:34 | Sunbit Financial, Attn: Bankruptcy 10880 Wilshire Blv Suit, Los Angeles, CA 90024-4101 |
| 14938731 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 00:56:20 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14938732 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 00:56:41 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14938733 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 00:56:40 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14943276 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 00:56:42 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14962848 | | Email/Text: bankruptcy@mtabt.org | Oct 17 2025 00:45:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, TBTA Toll Group, New York, NY 10004 |
| 14938734 | + | Email/Text: bncmail@w-legal.com | Oct 17 2025 00:45:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14938735 | + | Email/Text: Bankruptcy@teachersfcu.org | Oct 17 2025 00:45:00 | Teachers Federal Credit Union, Attn: Bankruptcy, P.O. Box 9005, Smithtown, NY 11787-9005 |
| 14938736 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 17 2025 00:45:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14938738 | | Email/Text: bankruptcies@uplift.com | Oct 17 2025 00:45:00 | Uplift Inc, Attn: Bankruptcy 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 14961596 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 00:56:18 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14938739 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 17 2025 00:45:00 | Verizon, Verizon Wireless Bk Admin 500 Technology, Weldon Springs, MO 63304-2225 |
| 14938740 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 00:56:40 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 48

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14963756 | *+ | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14941698 | *+ | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2025       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Back andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Back djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rose Merle Smith help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com |
| STEVEN K. EISENBERG | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Back seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Rose Merle Smith ) Case No. 24−13781−amc
)
)
   Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: October 14, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court