**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Rose Merle Smith,<br><br>*Debtor*. | Chapter 13<br>Case No. 24-13781-AMC |

**Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, Debtor Rose Merle Smith, by and through her attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under Chapter 13 on October 23, 2024.
2. The trustee in this case is Kenneth E. West.
3. The current plan was approved on October 16, 2025. It is a pro-rata plan.
4. The Trustee recently filed a Motion to Dismiss Case for Failure to Make Plan Payments ("MTD").
5. The proposed plan rolls in the current arrears and increases the Debtor's monthly payments to the Trustee moving forward.
6. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 52 as the new confirmed plan.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: October 21, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ______________________
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com